UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00336

———

**United States of America,**
*Plaintiff,*

v.

**5,238,117.3291 USDT,**
*Defendant.*

———

**ORDER**

Plaintiff brought this action seeking forfeiture in rem. Doc. 1. The case was assigned to a magistrate judge. After providing notice to potential claimants and publishing notice, plaintiff received no response and moved for default judgment. Doc. 7. The magistrate judge issued a report recommending that the court grant that motion. Doc. 9. No party or potential claimant filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's motion for default judgment (Doc. 7) is granted. Any pending motions are denied as moot.

*So ordered by the court on May 21, 2026.*

———

J. CAMPBELL BARKER
United States District Judge